UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK NATIONAL ASSOCIATION,
successor to RBC Bank (USA)

       Plaintiff,

v.                                                            Case No:   2:13-cv-12-FtM-38UAM

ORCHID GROUP INVESTMENTS,
L.L.C., LYNNE W. WASHBURN,
KRISTEN FLAHARTY, PATRICK
FLAHARTY and JOHN P. ARNOLD,
JR. ,

       Defendants.
_____/

## <u>ORDER</u>[1]

This matter comes before the Court on Plaintiff, PNC Bank, National Association's Motion for Status Conference (Doc. #51) filed on September 24, 2013. Pursuant to Local Rule 3.01(g) the Parties conferred and agreed to the scheduling of a status conference. Currently, the mediation deadline in this matter is September 30, 2013, (Doc. #49), however, the Parties have been unable to mediate due to conflicts in their respective schedules. A status conference on this issue would permit the Parties to schedule mediation on a date certain.

Accordingly, it is now

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

(1) Plaintiff, PNC Bank, National Association's Motion for Status Conference (Doc. #51) is **GRANTED**.

(2) The Court will set a Status Conference hearing for **Monday, September 30, 2013, at 10:00 AM** in Fort Myers Courtroom 5 D before the undersigned. If any Party wishes to appear by telephone, they must contact Leslie Friedmann at (239) 461-2068 for instructions.

(3) The September 30, 2013 mediation deadline is VACATED. All other scheduling deadlines remain. (See Doc. #49).

(4) The Parties are directed to present their availability for mediation along with their preferred mediator's availability to opposing counsel(s) no later than **Friday, September 27, 201** to ensure that the dates can be discussed at the conference.

(5) The Clerk is directed to issue a notice of hearing.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of September, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record