UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK NATIONAL ASSOCIATION,
successor to RBC Bank (USA)

    Plaintiff,

v.                                                  Case No:   2:13-cv-12-FtM-38UAM

ORCHID GROUP INVESTMENTS,
L.L.C., LYNNE W. WASHBURN,
KRISTEN FLAHARTY, PATRICK
FLAHARTY and JOHN P. ARNOLD,
JR. ,

    Defendants.
_____/

**ORDER**

The Court held a status conference in this matter on September 30, 2013.  John Clough, Esq., Darrin Shutt, Esq., and Theodore Tripp, Esq., appeared on behalf of their respective clients.  The parties agreed to participate in a mediation conference on November 11, 2013 at 10:00 a.m., with mediator Robert Doyle at the Fort Myers office of Hahn, Loeser, Parks, LLC,  located at 2352 E First Street, Fort Myers, FL.  Therefore, based upon the stipulations of Counsel, the Court will extend the mediation deadline as outlined below.

Accordingly, it is now

**ORDERED:**

1) The mediation deadline shall be extended to **NOVEMBER 11, 2013**.

2) The mediation conference shall be held with Robert Doyle, mediator, at Hahn, Loeser, Parks, LLC, located at 2352 E First Street, Fort Myers, FL.

3) The parties shall advise the Court of the outcome of the mediation pursuant to the dictates of Local Rule 9.06.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of September, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record