UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK NATIONAL ASSOCIATION,
successor to RBC Bank (USA)

      Plaintiff,

v.                                      Case No:   2:13-cv-12-FtM-38UAM

ORCHID GROUP INVESTMENTS,
L.L.C., LYNNE W. WASHBURN,
KRISTEN FLAHARTY, PATRICK
FLAHARTY and JOHN P. ARNOLD,
JR.,

      Defendants.
_____/

## ORDER

On September 30, 2013, the Court extended the mediation deadline to November 11, 2013. (Doc #55). Accordingly, the Parties shall advise the Court no later than **November 26, 2013**, as to the status of the mediation.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of November, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record