UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK NATIONAL ASSOCIATION, successor to RBC Bank (USA),

    Plaintiff,

v.                                                                    Case No: 2:13-cv-12-FtM-38CM

ORCHID GROUP INVESTMENTS, L.L.C., LYNNE W. WASHBURN, KRISTEN FLAHARTY, PATRICK FLAHARTY, and JOHN P. ARNOLD, JR.,

    Defendants.
_____/

### ORDER[1]

On February 23, 2014, the undersigned held a final pretrial conference in this matter as this case is set for bench trial commencing during the April 2014 trial term. Counsel for the Plaintiff and Defendants appeared. The Court discussed the posture of the case, including outstanding discovery issues and motions. Based upon the discussions held with the Parties, the Court amends the schedule in this case to extend discovery, dispositive motions, pretrial filings, and the trial date.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

(1) The Case Management and Scheduling Order in this case is amended as follows:

| | |
|---|---|
| Discovery Deadline | April 22, 2014 |
| Deposition of Kurt Knaus | May 22, 2014 |
| Dispositive Motions, *Daubert* and *Markman* Motions | June 12, 2014 |
| Meeting *in Person* to prepare Joint Final Pretrial Statement | July 1, 2014 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, and Exhibit Lists on Approved Form) | July 11, 2014 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | July 11, 2014 |
| Final Pretrial Conference | August 1, 2014 9:30 AM |
| Trial Term Begins | September 2, 2014 |
| Estimated Length of Trial | 2 days |
| Jury/Non-Jury | Non-jury |

The Clerk is **directed** to amend the deadlines on the docket accordingly.

(2) Plaintiff, PNC Bank's Unopposed Motion to Separate Trial on Defendants, Kirsten Flaharty and Patrick Flaharty's Crossclaim (Doc. #71) is **DENIED without prejudice** to be refiled if appropriate after discovery closes and closer to the trial date.

(3) Plaintiff, PNC Bank, National Association's Motion for Reconsideration of Order Denying PNC's Motion for Summary Judgment (Doc. #81) is **DENIED** as the Court is allowing additional discovery and the refiling of summary judgment motions.

2

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record