UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, NATIONAL ASSOCIATION,
successor to RBC BANK (USA),

        Plaintiff,

v.                                          Case No.: 2:13-cv-12-FtM-38CM

ORCHID GROUP INVESTMENTS,
L.L.C., a Florida limited liability company,
LYNNE W. WASHBURN, an individual,
KRISTEN FLAHARTY, an individual,
PATRICK FLAHARTY, an individual, and
JOHN P. ARNOLD, JR., an individual,

        Defendants.
_____/

**ORDER**[1]

This matter is before the Court on Plaintiff PNC Bank, National Association's Renewed Unopposed Motion to Confirm Foreclosure Sale (Doc. #132) filed on December 5, 2014. Defendants Orchid Group Investments, L.L.C., Lynne W. Washburn, Kristen Flaharty, Patrick Flaharty, and John P. Arnold, Jr. do not oppose the Plaintiff's Motion. (Doc. #132 at 5).

The facts of this case have been recited at length in previous Order, and need not be repeated in detail here. (Doc. #120). In brief, Plaintiff commenced this action to foreclose a mortgage on commercial property located in Lee County, Florida on January

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1, 2013.  (Doc. #1).  The property at issue in this case is generally referenced as twenty (20) acres in Cape Coral, Florida located on the Northeast corner of Pine Island Road and Corbett Road ("the Property").  (Doc. #37 at ¶¶ 45, 64).

On August 6, 2014, the Court granted Plaintiff's Renewed Motion for Summary Judgment.  (Doc. #120).  Eight days later, the Court entered a Final Judgment of Foreclosure and directed a public sale of the foreclosed Property within ninety days.  (Doc. #123).  Defendants neither appealed the foreclosure judgment nor moved to stay the sale.

The Court appointed Philip J. von Kahle of Michael Moecker & Associates as special master to conduct the foreclosure sale.  (Doc. #124).  The Special Master held the foreclosure sale on November 18, 2014, at 11:30 a.m., at the United States Courthouse and Federal Building in Fort Myers, Florida.  (Doc. #125).  Prior to the sale, Plaintiff filed a Notice of Filing Proof of Publication, confirming that it published a notice of the sale for four consecutive weeks in a newspaper of general circulation in Lee County, Florida.  (Doc. #129).  Despite said advertising, Plaintiff was the only party at the foreclosure sale and submitted the highest and best bid of $100.00.  (Doc. #132 at 3).  There have been no objections to the foreclosure sale.  (Id.).

On November 20, 2014, the Special Master filed a Report of Foreclosure Sale.  (Doc. #130).  According to the Report, Plaintiff submitted the highest and best bid, no proceeds were deposited with the Clerk of Court, and no irregularities in the sale occurred.

(Id. at 2).  The Special Master also attached his invoice for $2,500.00 for conducting the foreclosure sale, which Plaintiff is required to pay.[2]  (Id. at 4; Doc. #123 at 6).

Per the Final Judgment of Foreclosure, Plaintiff now moves the Court to confirm the foreclosure sale, instruct the Special Master to convey title to the Property by the attached Special Master's Deed, and direct Plaintiff be let into possession of the subject property.  (Doc. #132 at 4; Doc. #132-1).  Plaintiff also requests the Court retain jurisdiction to enter further orders including, but not limited, to a deficiency judgment.  Defendants do not oppose the instant motion.  (Doc. #132 at 4).

Rule 70 of the Federal Rules of Civil Procedure provides that if real property is located within a judicial district, the court may enter judgment divesting a party's title and vesting it in others.  Fed. R. Civ. P. 70(b).  When a special master conducts a foreclosure sale, confirmation of the sale is required as "a bidder at a sale by a master, under a decree of court, is not considered a purchaser until the sale is confirmed."  Ballentyne v. Smith, 205 U.S. 285, 288 (1907).  As shown by the record, the Court finds solid grounds to confirm the foreclosure sale and convey title of the Property to Plaintiff.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff PNC Bank, National Association's Renewed Unopposed Motion to Confirm Foreclosure Sale (Doc. #132) is **GRANTED**.

---

[2] Plaintiff does not dispute the Special Master's fees.  (Doc. #132 at 3).

a. The Court confirms the foreclosure sale that Special Master Philip J. von Kahle held on November 18, 2014, at 11:30 a.m., at the United States Courthouse and Federal Building in Fort Myers, Florida.  ([Doc. #125](#)).

b. Special Master shall **CONVEY** a Certificate of Title or Deed for the Property to Plaintiff, which shall be recorded in the Official Records of Lee County, Florida.  Upon recording of the Certificate of Title or Deed, Plaintiff shall be let into possession of the Property.

c. The Court declines to retain jurisdiction over the enforcement of all orders entered in the case.

(2) Plaintiff must **PAY** Special Master **$2,500.00** for his services in conducting the foreclosure sale on or before **January 30, 2015**, if it has not done so already.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of January, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record