UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, NATIONAL ASSOCIATION,
successor to RBC BANK (USA),

        Plaintiff,

v.                                            Case No.: 2:13-cv-12-FtM-38CM

ORCHID GROUP INVESTMENTS,
L.L.C., a Florida limited liability company,
LYNNE W. WASHBURN, an individual,
KRISTEN FLAHARTY, an individual,
PATRICK FLAHARTY, an individual, and
JOHN P. ARNOLD, JR., an individual,

        Defendants.
_____/

## ORDER[1]

Before the Court is a Stipulation of Dismissal (Doc. #135) jointly filed by Defendants Patrick Flaharty and Kristen Flaharty ("Flaharty Defendants") and Cross-Defendants Lynne W. Washburn and John P. Arnold, Jr. ("Cross-Defendants") on January 15, 2015.  The Flaharty Defendants and Cross-Defendants stipulate to dismissing without prejudice the Flaharty Defendants' cross-claims for contribution against Cross-Defendants.  (Doc. #135; Doc. #44 at 15-18).  Each party will bear its own attorneys' fees and costs.  (Doc. #135).

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

(1) Defendants Patrick Flaharty and Kristen Flaharty and Cross-Defendants Lynne W. Washburn and John P. Arnold, Jr.'s Stipulation of Dismissal (Doc. #135) is **GRANTED**.

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines and hearings, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of January, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
       Special Master